UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

PAULETTE EZE and PAMELA EZE
SYLVESTRE, as PERSONAL
REPRESENTATIVES of the
ESTATE OF PRESLEY EZE,

    Plaintiffs,

v.                                                               No. 2:23-cv-00976-KWR-KRS

OFFICER BRAD LUNSFORD,
in his individual capacity,

    Defendant.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND JOIN ADDITIONAL PARTIES

THIS MATTER is before this Court on Plaintiffs' Amended Motion to Extend Deadline to Amend Pleadings and Join Additional Parties, [Doc. 18], filed July 29, 2024. Having considered the Motion and record of the case, the Court finds the Motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' deadline to amend pleadings and join additional parties in this matter is extended from July 26, 2024, to August 26, 2024, and Defendants' deadline to amend pleadings and join additional parties is extended from August 27, 2024, to September 26, 2024.

    IT IS SO ORDERED.

                                                                      */s/ Kevin Sweazea*
                                                     HON. UNITED STATES MAGISTRATE JUDGE
                                                     KEVIN R. SWEAZEA