**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**PAULETTE EZE and PAMELA EZE**
**SYLVESTRE, as PERSONAL**
**REPRESENTATIVES of the**
**ESTATE OF PRESLEY EZE**,

      **Plaintiffs,**

**v.**                                  **No. 2:23-cv-00976-KWR-KRS**

**OFFICER BRAD LUNSFORD,**
**in his individual capacity,**

      **Defendant.**

## ORDER GRANTING STIPULATED MOTION TO EXTEND PRE-TRIAL DEADLINES

THIS MATTER having come before this Court on Plaintiffs' Stipulated Motion to Extend Pre-Trial Deadlines [Doc. 21], filed August 29, 2024, finds the motion is GRANTED.

IT IS SO ORDERED that the pre-trial deadlines set forth in the Doc. 12 Scheduling Order be extended as listed below:

| | |
|---|---|
| Plaintiffs' expert report deadline: | **November 29, 2024** |
| Defendants' expert report deadline: | **December 30, 2024** |
| Plaintiffs' deadline to amend pleadings, join parties: | **September 20, 2024** |
| Defendants' deadline to amend pleadings, join parties: | **October 21, 2024** |
| Discovery deadline: | **February 23, 2025** |
| Parties' deadline to file motions relating to discovery: | **March 9, 2025** |
| Parties' deadline to file dispositive motions: | **March 26, 2025** |

IT IS FURTHER ORDERED that the January 14, 2025 settlement conference is VACATED.  **The November 19, 2024 telephonic status conference will take place as scheduled at 9:00 a.m. to reset the settlement conference.**

IT IS SO ORDERED.

_____
HON. UNITED STATES MAGISTRATE JUDGE
KEVIN R. SWEAZEA