UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

PAULETTE EZE and PAMELA EZE
SYLVESTRE, as PERSONAL
REPRESENTATIVES of the
ESTATE OF PRESLEY EZE,

    Plaintiffs,

v.                                                                                                                                                                                    No. 2:23-cv-00976-KWR-KRS

OFFICER BRAD LUNSFORD,
in his individual capacity,

    Defendant.

### ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

THIS MATTER is before the Court on Plaintiffs' Unopposed Amended Motion for Leave to File First Amended Complaint and to Add Parties ("Motion"), (Doc. 24), filed September 23, 2024. Having considered Plaintiffs' Motion, the record of the case, and the relevant law, the Court finds that the Motion is well-taken and **HEREBY ORDERS** that:

    1.    Plaintiffs' Unopposed Amended Motion for Leave to File First Amended Complaint and to Add Parties, (Doc. 24) is **GRANTED**;

    2.    Plaintiffs may file their First Amended Complaint attached as Doc. 24-1 **no later than September 30, 2024**; and

    3.    Plaintiffs' previously filed Motion for Leave to File First Amended Complaint and to Add Parties, (Doc. 23), filed September 20, 2024, is duplicative of the Motion and is therefore **DENIED** as moot.

    IT IS SO ORDERED.

                                                                 _____
                                                                 HONORABLE KEVIN R. SWEAZEA
                                                                 UNITED STATES MAGISTRATE JUDGE