**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**PAULETTE EZE and PAMELA EZE**
**SYLVESTRE, as PERSONAL**
**REPRESENTATIVES of the**
**ESTATE OF PRESLEY EZE,**
**ISAAC AND LORETTA EZE, parents of PRESLEY EZE,**
**PETE "OBI" EZE, brother of PRESLEY EZE,**
**ELENA EZE, spouse of PRESLEY EZE and**
**VINCENT J. WARD, as Guardian Ad Litem, of I.E.,**
**a minor child, of decedent Presley Eze,**

  Plaintiffs,

v.                   No. 2:23-cv-00976-KWR-KRS

**THE CITY OF LAS CRUCES and**
**BRAD JUSTIN LUNSFORD,**
**in his individual capacity,**

  Defendants.

**STIPULATED ORDER GRANTING**
**JOINT MOTION TO EXTEND PRETRIAL DEADLINES AND BRIEFING SCHEDULE**

  **THIS MATTER** is before the Court on consideration of the parties' Joint Motion to Extend Pretrial Deadlines and Briefing Schedule. (Doc. 101). This Court reviewed the Motion and arguments made therein and considered that all the parties to this litigation joined the Motion. Accordingly, this Court finds that the Joint Motion to Extend Pretrial Deadlines and Briefing Schedule is well-taken and should be granted.

  **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

  A.  The Joint Motion to Extend Pretrial Deadlines and Briefing Schedule is **GRANTED**.

  B.  The deadline for Plaintiffs' Expert Disclosures is extended to **July 18, 2025.**

  C.  The deadline for Defendants' Expert Disclosures is extended to **August 18, 2025**.

  D.  The deadline for discovery is extended to **September 22, 2025**.

  E.  The deadline for motions relating to discovery is extended to **October 10, 2025**.

  F.  The deadline for pretrial motions is extended to **October 31, 2025.**

IT IS SO ORDERED this 28th day of May, 2025.

_____
KEVIN R. SWEAZE
UNITED STATES MAGISTRATE JUDGE

**Submitted by**:

/s/ Luis Robles
Luis Robles
Robles, Rael & Anaya, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com

*Attorney for City Defendants*

/s/ Shannon L. Kennedy
Joseph P. Kennedy
Shannon L. Kennedy
The Kennedy Law Firm, P.C.
P.O. Box 26776
Albuquerque, NM 87125-6776
P: 505-244-1400 / F: 505-244-1406
jpk@civilrightslaw.com
slk@civilrightslaw.com

John A. Sodipo, Esq.

Sodipo Law Group, P.C.
120 Oxford Street
Hartford, CT 06106
P:860-233-245 / F: 860-233-8436
john@sodipolg.com

*Attorneys for Plaintiffs*