IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAULETTE EZE and PAMELA EZE SYLVESTRE,
*personal representatives of the Estate of Presley Eze*;
ISAAC EZE and LORETTA EZE, *parents of Presley Eze*; ELENA EZE, *spouse of Presley Eze*; and VINCENT J. WARD*, Guardian Ad Litem of I.E., a minor child of Presley Eze,*

    Plaintiffs,

v.   No. 2:23-cv-00976-KWR-KRS

OFFICER BRAD LUNSFORD, and THE CITY OF LAS CRUCES,

    Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** comes before the Court on Plaintiffs' Motion to Compel Defendant City of Las Cruces to Provide Complete Responses to Plaintiffs' Second Set of Request for Production of Documents ("Motion to Compel"), (Doc. 82), filed April 18, 2025. The Court finds that a telephonic hearing is necessary to address the issues in the Motion to Compel.

**IT IS THEREFORE ORDERED** that a telephonic hearing shall be held on **Friday, August 15, 2025, at 9:00 a.m.** Counsel shall call my WebEx teleconference line at **(855) 244-8681** and enter **Meeting Number 2300 989 9447#** to be connected to the proceedings.

**IT IS FURTHER ORDERED** that the parties be prepared to address (1) the status of Defendant Brad Lunsford's post-conviction criminal proceedings; (2) number of cell phones sought by Plaintiffs and the names of the individuals associated with each cell phone; (3) which cell phones are in Defendants' custody and/or control; and (4) identify the current custodians of the cell phones in Defendants' custody and/or control.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE