IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PAULETTE EZE and PAMELA EZE**
**SYLVESTRE, as PERSONAL**
**REPRESENTATIVES of the**
**ESTATE OF PRESLEY EZE,**
**ISAAC AND LORETTA EZE, parents of PRESLEY EZE,**
**PETE "OBI" EZE, brother of PRESLEY EZE,**
**ELENA EZE, spouse of PRESLEY EZE and**
**VINCENT J. WARD, as Guardian Ad Litem, of I.E.,**
**a minor child, of decedent Presley Eze,**

    Plaintiffs,

v.                                                       No. 2:23-cv-00976-KWR-KRS

**THE CITY OF LAS CRUCES and**
**BRAD JUSTIN LUNSFORD,**
**in his individual capacity,**

    Defendants.

## ORDER EXTENDING PRETRIAL DEADLINES

**THIS MATTER** is before the Court following a telephonic hearing held on October 22, 2025, to address the status of pending discovery motions. At the hearing, the parties agreed with the Court's proposal for extending certain deadlines due to the parties' need to conduct additional discovery as a result of continuing developments in the case. Accordingly, the Court finds good cause to amend the current deadlines, *see* Doc. 102, to allow supplementation of written discovery, party depositions, and expert discovery, as follows:

    1.    The deadline for discovery related to:

    a. the cell phone evidence at issue in Plaintiffs' motion to compel, Doc. 82;

    b. Defendants' supplementation, as ordered by the presiding trial judge in the Memorandum Opinion and Order entered on October 20, 2025 (Doc. 148);

    c. Plaintiffs' supplementation in response to Defendants' motion to compel, Doc. 140;

    d. Plaintiffs' depositions;

    e. Expert depositions (subject to paragraph 4 below),

is extended to **February 19, 2026**.

2.    The deadline for motions relating to discovery is extended to **March 12, 2026**.

3.    The deadline for pretrial motions (i.e., *Daubert*, summary judgment, etc.) is extended to **March 23, 2026**. This deadline does not apply to any motion to stay that Defendants may file, which shall be filed on or before **October 31, 2025**.

4.    After the discovery deadline in paragraph 1, above, has expired, discovery may be re-opened for the limited purpose of amendments to or supplementation by Plaintiffs of their expert reports, which may be necessitated by a delay in Plaintiffs being given access to the cell phone evidence addressed in Plaintiffs' motion to compel, Doc. 82. Defendants shall be allowed a supplemental deposition of any expert whose report Plaintiffs supplement or amend following the expiration of the discovery deadline, which shall be limited to four hours and the subject of the amendment or supplementation.

IT IS SO ORDERED this 24th day of October, 2025.

                                                 KEVIN R. SWEAZEA
                                                 UNITED STATES MAGISTRATE JUDGE