# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**PAULETTE EZE and PAMELA EZE**
**SYLVESTRE, as PERSONAL**
**REPRESENTATIVES of the**
**ESTATE OF PRESLEY EZE,**
**ISAAC AND LORETTA EZE, parents of PRESLEY EZE,**
**PETE "OBI" EZE, brother of PRESLEY EZE,**
**ELENA EZE, spouse of PRESLEY EZE and**
**VINCENT J. WARD, as Guardian Ad Litem, of I.E.,**
a minor child, of decedent Presley Eze,

      Plaintiffs,

v.                                                                                         No. 2:23-cv-00976-KWR-KRS

**THE CITY OF LAS CRUCES and**
**BRAD JUSTIN LUNSFORD,**
in his individual capacity,

      Defendants.

### ORDER ON [140] CITY DEFENDANTS' MOTION TO COMPEL No. II: PLAINTIFFS' RELEASES AND RESPONSES TO CITY DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS

Currently before the Court is the City Defendants' Motion to Compel No. II: Plaintiffs' Releases and Responses To City Defendants' First Set of Discovery Requests ("Motion"), filed October 3, 2025. (Doc. 140). The Motion was first addressed at the telephonic hearing on October 22, 2025, at which time the parties confirmed that they had agreed to extend the deadline for Plaintiffs to respond to the Motion until October 31, 2025, and that Plaintiffs intended to respond by supplementing their discovery responses on or before that date. *See* (Doc. 150 at 4). Accordingly, the Court entered an order directing Plaintiffs to serve the City Defendants with any

additional discovery related to the Motion on or before October 31, 2025, and for the City Defendants to file a status report on or before November 7, 2025, indicating whether the issues raised in the Motion had been fully resolved. (Doc. 154). The City Defendants then filed their Status Report, which indicated that the majority of the issues raised in the Motion had been resolved. *See* (Doc. 164). The Court now finds the Motion **MOOT** as to those issues identified in the City Defendants' Status Report as having been resolved by the parties.

After reviewing the City Defendants' Status Report, the Court directed Plaintiffs to file a response to the Motion and the City Defendants to file a reply, limited to the issues identified in the Status Report as being still in dispute. *See* (Doc. 167). Plaintiffs filed their response on November 18, 2025, and the City Defendants filed their reply on November 25, 2025. *See* (Docs. 172, 176). The Court reviewed the parties' briefing and then held a hearing on December 3, 2025, at which the parties were given the opportunity to present further arguments. Having considered the briefing and the parties' oral presentations, the Court now rules on the remaining issues raised by the Motion as follows:

### A.  Requests for Production Seeking Computation of Damages

| Request No. 14 | Requests for Production to Paulette Eze and Pamela Eze, as personal representatives of the Estate of Presley Eze | Within **twenty-one days** of this Order, Plaintiffs shall supplement their responses confirming that they have produced all responsive, non-privileged documents within their possession, custody, or control. Subject to that |
|---|---|---|
| Request No. 7 | Requests for Production to Paulette Eze | |
| Request No. 7 | Requests for Production to Pamela Eze | |

2

| | | |
|---|---|---|
| Request No. 7 | Requests for Production to Loretta Eze | supplementation, the City's request to compel is denied. |
| Request No. 7 | Requests for Production to Isaac Eze | |
| Request No. 7 | Requests for Production to Elena Eze | |
| Request No. 8 | Requests for Production to I.E. Eze | |

**B.    Requests for Production Seeking Medical or Therapy Billing Records**

| | | |
|---|---|---|
| Request No. 19 | Requests for Production to Paulette Eze and Pamela Eze, as personal representatives of the Estate of Presley Eze | Within **twenty-one days** of this Order, Plaintiffs, Paulette Eze and Pamela Eze, as personal representatives of the Estate of Presley Eze, Loretta Eze, and Isaac Eze, shall serve Defendants with any responsive documents that have not already been provided, and supplement their responses confirming that they have produced all responsive documents within their possession, custody, or control. Subject to that supplementation and further production, if any, the City's request to compel is moot. |
| Request No. 9 | Requests for Production to Loretta Eze | |
| Request No. 9 | Requests for Production to Isaac Eze | |

C.     **Pamela Eze's Health Care Providers**

| Interrogatory No. 5 | Interrogatories to Pamela Eze | Within **twenty-one days** of this Order, Plaintiff Pamela Eze shall supplement her response by confirming that she has not received any mental health treatment or counseling, and that her injuries for which she seeks to recover do not involve physical injuries of any kind, and her psychological injuries are "garden variety" only for which she has not sought treatment. Subject to that supplementation, the City's request to compel a further response is denied. |

In conclusion, the City Defendants' Motion To Compel No. II: Plaintiffs' Releases And Responses to City Defendants' First Set of Discovery Requests **(Doc. 140)**, is (1) found **MOOT IN PART; (2) GRANTED IN PART**, and (3) **DENIED IN PART**, for the reasons explained and as set forth above, as well as at the hearing on December 3, 2025.

IT IS SO ORDERED this 4th day of December, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE