**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PAULETTE EZE and PAMELA EZE SYLVESTRE,
*as personal representatives of the* ESTATE OF PRESLEY EZE;
ISAAC and LORETTA EZE, *parents of* PRESLEY EZE;
PETE "OBI" EZE, *brother of* PRESLEY EZE;
ELENA EZE, *spouse of* PRESLEY EZE; and
VINCENT J. WARD, *as Guardian Ad Litem, of* I.E.,
*a minor child of decedent* PRESLEY EZE,

      Plaintiffs,

v.                                                                    No. 2:23-cv-976-KWR-KRS

THE CITY OF LAS CRUCES; and
BRAD JUSTIN LUNSFORD,
*in his individual capacity*,

      Defendants.

**ORDER DENYING [237] PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION TO
COMPEL DEPOSITION OF LCPD SERGEANT PATRICK DOYLE**

Currently before the Court is Plaintiffs' Motion for Leave To File Motion to Compel Deposition of LCPD Sergeant Patrick Doyle (Motion), filed April 22, 2026. (Doc. 237). Defendants filed a response on April 27, 2026 (Doc. 243), and Plaintiffs filed a reply on May 15, 2026 (Doc. 249).

Although the Motion is styled as a motion seeking "leave to file," Defendants do not oppose the filing of a motion to compel, but only the discovery at issue in the Motion. Accordingly, the request in the Motion for leave to file a motion to compel is granted, and the Court will proceed directly to rule on the question of whether to compel the discovery sought by the Motion, which both parties addressed in the briefing on the Motion. The Court held a hearing on that issue on May 26, 2026, at which time it announced its ruling. *See* (Doc. 257 (Clerk's Minutes)). For the reasons stated at the hearing, the Motion is DENIED.

IT IS SO ORDERED this 28th day of May, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE